RECORD NO. 13-2512

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

NOORALI "SAM" SAVANI, ROBERT P. TAYLOR, JR.
individually and on behalf of others similarly situated,
Plaintiffs - Appellees,

v.

URS PROFESSIONAL SOLUTIONS, LLC, f/k/a Westinghouse Safety Management Solutions, LLC, f/k/a Washington Safety Management Solutions, LLC; URS PROFESSIONAL SOLUTIONS PENSION PLAN, f/k/a Washington Safety Management Solutions, LLC Pension Plan, f/k/a WSMS Pension Plan; URS ENERGY & CONSTRUCTION, INC., f/k/a Washington Group International, Inc.; ROGER ALLEN, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; JULIE TSCHIDA BROWN, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; DAVE HOLLAN, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; DELOYD CAZIER, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan,
Defendants – Appellants.

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA AT AIKEN

## CONSENT MOTION TO EXTEND DEADLINES

Now comes the Plaintiff-Appellees in the above styled action and moves this Court to extend the deadlines for the Appellees' Brief until March 24, 2014, and then Reply Brief of the Appellants until April14,

2014. The undersigned shows that the Appellants consent to this motion.

This 26th day of February 2014.

/s Stanley G. Jackson
STANLEY G. JACKSON
Attorney for the Plaintiffs-Appellees
321 ½ Newberry Street, SW
Aiken, South Carolina 29801
(803) 643-1003

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 26th day of February, 2014, I caused this Motion of Appellees to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>H. Douglas Hinson
>Alston & Bird LLP
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424
>doug.hinson@alston.com
>
>Ms. Emily Seymour Costin
>Alston & Bird LLP
>1201 West Peachtree Street
>Atlanta, Georgia 30309-3424
>emily.costin@alston.com
>
>Gray T. Culbreath
>Gallivan, White and Boyd, P.A.
>1201 Main Street, Suite 1200
>Columbia, SC 29201
>gculbreath@and on the long morgan has for auto headlight g they   5224 involved for the war  completedwblawfirm.com

Counsel for Appellants

>/s Stanley G. Jackson
>STANLEY G. JACKSON
>Attorney for the Plaintiffs-Appellees
>321 ½ Newberry Street, SW
>Aiken, South Carolina 29801
>(803) 643-1003