FILED: February 26, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2512

(1:06-cv-02805-JMC)

_____

NOORALI SAM SAVANI, individually and on behalf of others similarly situated; ROBERT P. TAYLOR, JR., individually and on behalf on others similarly situated

       Plaintiffs - Appellees

v.

URS PROFESSIONAL SOLUTIONS, LLC, f/k/a Westinghouse Safety Management Solutions, LLC, f/k/a Washington Safety Management Solutions, LLC; URS PROFESSIONAL SOLUTIONS PENSION PLAN, f/k/a Washington Safety Management Solutions, LLC Pension Plan, f/k/a WSMS Pension Plan; URS ENERGY & CONSTRUCTION, INC., f/k/a Washington Group International, Inc.; ROGER ALLEN, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; JULIE TSCHIDA BROWN, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; DAVE HOLLAN, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; DELOYD CAZIER, as Trustee and Member of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan

       Defendants - Appellants

 and

WASHINGTON SAVANNAH RIVER COMPANY, LLC, f/k/a Westinghouse Savannah River Company, LLC; WESTINGHOUSE SAFETY MANAGEMENT SOLUTIONS, LLC PENSION PLAN; PAUL HARPER, as Trustee and Member

of the Benefits now Administrative Committee of URS Professional Solutions Pension Plan; LEO SAIN, as Trustee of Westinghouse Safety Management Solutions, LLC Pension Plan; PRES RAHE, as Trustee of Westinghouse Safety Management Solutions, LLC Pension Plan; WASHINGTON SAVANNAH RIVER COMPANY'S PENSION PLAN; RALPH DISIBIO, as director of Washington Safety Management Solution, LLC; PAUL GREFENSTETTE, as Director of Washington Safety Management Solutions, LLC; ROBERT PEDDE, as Director of Washington Safety Management Solutions, LLC; AMBROSE SCHWALLIE, as Director of Washington Safety Management Solutions, LLC; WSMS PENSION PLAN, f/k/a Westinghouse Savannah River Company-Bechtel Savannah River Inc Pension Plan, f/k/a Westinghouse Safety Management Solutions, LLC Pension Plan, f/k/a Washington Safety Management Solutions, LLC Pension Plan; WASHINGTON SAFETY MANAGEMENT SOLUTIONS, LLC; WASHINGTON SAFETY MANAGEMENT SOLUTIONS, LLC PENSION PLAN; WASHINGTON GROUP INTERNATIONAL, INC.

   Defendants

---

O R D E R

---

 The court grants an extension of the briefing schedule as follows:

Response brief due: 03/24/2014

Reply brief due: 04/14/2014

       For the Court--By Direction

       <u>/s/ Patricia S. Connor, Clerk</u>